United States District Court
District of New Jersey

Hiltner v. Disney, et al.
Civil Case No:

RECEIVED
JUN 1 2005
AT 8:30 ____________M
WILLIAM T. WALSH
CLERK

Civil 05-2822 (SEB)

Anne Hiltner, Plaintiff
23-03 Old Millstone Drive
Hightstown, NJ 08520

v.

The Disney Corporation
500 S. Buena Vista Drive
Burbank, CA 91521

Hyperion Publishers
77 W 66th Street, 11th Floor
New York, NY 10023

Touchstone Television
500 S. Buena Vista Drive
Burbank, CA 92521

ABC Television
47 W 66th Street
New York, NY 10027

Stephen King
West Broadway
Bangor, Maine

Cause of Action: This complaint is filed for injunctive relief (17USC 502) and compensation for damages (17USC 506) caused by the publication, production, and broadcast of a horror novel by Stephen King called *The Journals of Eleanor Druse: the Kingdom Hospital Incident* by The Disney Corporation and ABC Television from January-June, 2004 to expropriate and criminally infringe the private journals of the plaintiff (17 USC 506) a freelance writer, depict a freelance writer as a "psychic" for defamation of character, and exploit private events of hospitalization for unlawful restraint of fair competition (15 USC 1.26) and monopolization of publishing, production, and broadcasting by a single corporation which provides that "Any person, firm, corporation, or association shall be entitled to sue for and have injunctive relief, in any court in the US, against threatened loss or damage by a violation of the antitrust laws;" for which a demand of $500 million is made.

## Background.

The plaintiff is a free lance writer and a former summer resident of the State of Maine portrayed in a stereotyped and biased horror novel by Stephen King of Bangor as "Psycho Nurse Annie Wilkes," published by Viking, Inc, in 1987 for the purpose of disenfranchising a literary author from equal rights to contract, publish, sell, or trade copyrighted works. The horror novel *Misery!* Depicts a psychotic nurse who holds a macho male writer hostage in her Maine farmhouse, begging him to write "just one more book" for his Number One Fan, after she has been acquitted of euthanasia of the elderly in hospitals in Colorado.

The purpose of publishing this mass libel was to incite publicity about the "real figure" it depicted by multi-media by fostering invasion of privacy for acquisition of private facts about persons (13th Amendment) and systematic denial of equal rights to a literary author (14th Amendment) for the unlawful publication, production, and broadcast of a monopoly corporation. *Misery!* Was produced as a film by Columbia Pictures Studio in 1993 starring Kathy Bates as the "psychotic nurse" for the commercial benefit of the principals who unlawfully acted to "lockout", segregate, and exclude an American citizen from equal rights to publishing rewards by making "private agreements" in violation of lawful contracts to monopolize and control publishing for their own financial benefit.

## Criminal Infringement and Private Events

The plaintiff presents evidence that Stephen King has conspired with the Disney Corporation in violation of the US Commerce and Trade laws (15 USC1 ) which prohibits a "trust" or "contract or combination in the form of a trust or conspiracy in restraint of trade or commerce among the several States, or with foreign nations" with punishment of a $10 million fine and/or three years in prison. The purpose of the anti-trust laws are to prevent the monopoly control over an industry, product, or good achieved by purchase or merger of a corporation, stock purchase, or directorial appointments which creates a monopolization of the marketplace, fixes prices, or excludes others from fair competition. Such anti-trust laws are intended to ensure that no corporation is permitted to acquire a monopoly over manufacture, production, and distribution of any good or product which effectively cuts out any other competitor in order to ensure that the" free market" is served by advancements in design, assembly, quality, and price for the consumer. 15 USC 1.26 provides that "Any person, firm, corporation, or association shall be entitled to sue for and have injunctive relief, in any court in the US, against threatened loss or damage by a violation of the antitrust laws."

The plaintiff submits evidence of a conspiracy to create an unlawful monopoly over publishing, production, and broadcast by the Disney Corporation, ABC, and Stephen King intended to deprive a freelance author of equal rights and rewards from the labor of an American citizen by the fabrication of a horror novel called *The Journals of Eleanor Druse: the Kingdom Hospital Incident,* published by a Disney subsidary Hyperion Publishers in January, 2004, produced

as a fifteen part mini-series by a Disney subsidary Touchstone Television, and broadcast by a Disney subsidary ABC Television from April-June, 2004 as *The Kingdom Hospital Incident,* for mass profiteering from criminal infringement of a copyrighted work, with proceeds of $500 million split between the principals.

The plaintiff submits that the purpose of fabricating this derivative horror novel (17USC 502) by Stephen King was to exploit private events of the plaintiff for public contempt and unlawful publicity acquired by invasion of privacy in violation of the First Amendment's libel clause, by portraying a New Jersey resident accused of making a "terrorist remark" in a post office in Cranbury, New Jersey on September 17, 2001 by a black post mistress and involuntary committed to a state hospital for a week by police claiming to act for defamation of character in a horror novel by Stephen King of 1987 called *Misery* which depicted a real person as "Psycho Nurse Annie Wilkes." The principals sought to exploit this incident by violating the medical and personal privacy of a New Jersey resident to and inciting further defamation of character by depicting a literary author as "psychic Sally Druse" in a bizarre hospital setting, hoping to profiteer from publicity about the "9/11" incident of the World Trade Center bombing in 2001.

This horror novel by Stephen King called *The Journals of Eleanor Druse: the Kingdom Hospital Incident* was designed to depict a freelance writer as a "psychic" in order to degrade, disenfranchise, and segregate an American citizen from equal rights under the laws for unlawful prejudice against the "mentally disabled" in violation of the Americans with Disabilities Act of 1991 which prohibits discrimination by any person, private corporation, or public agency against any person for the denial of equal access to employment, housing, public accommodations, or fair and unbiased treatment of the disabled. The ADA was passed in 1991 to ensure that no physically or mentally disabled person could be barred from access to all sectors of society for professional, financial, social, or medical purposes by any private or public entity, and to prevent perpetuation of rural, ignorant, or stereotyped prejudices about "crazy, "loony," or "psycho" persons in regional or urban pockets of the United States.

The purpose of fabricating a horror novel about a "psychic Sally Druse" intended to defame the character of a freelance writer in New Jersey was to attempt to unlawfully exploit and discriminate against the national origin of the plaintiff. To accomplish this aim, Stephen King conspired with The Disney Corporation to name the protagonist "Peter Rickman" and thereby seize personal information from two former classmates of the plaintiff from the University of Chicago, Peter Morch, now a Danish physician, and Eric Schmidt, now a filmmaker in California, following the death of the plaintiff's mother in 1999 and correspondence with Danish relatives. Stephen King's horror novel opens with a depiction of the telephone call received by the plaintiff in 1999 informing her of an emergency surgery for a ninety year old mother in a retirement community which might be fatal.

"The Past Phones. On December thirteenth of the year 2002 I was awakened in the wee hour stillness of a winter night by my ringing telephone. At that hour, especially at my age, phone calls often amount to progress reports for

the angel of death, whose duties include make unscheduled house calls in the dead of night and filling the obituaries with the names of my elderly friends. I expected that this was just such a call and was surprised to hear my son's voice instead."

To accomplish the aim of seizing private facts for illicit publicity about the national origin of the plaintiff prohibited under the Civil Rights Act of 1964, Stephen King and The Disney Corporation conspired to steal, pirate, and infringe the copyrighted broadcast work of a Danish film director, Lars Von Triers, who produced, sold, and broadcast a mini-series in 1995 on Danish television called *The Kingdom Hospital Incident* without contract, permission, or payment, in order to have a free vehicle about Danish persons from which to fabricate an abusive, crude, and offensive novel intended to defame an American of Danish heritage and perpetuate exploitation of "gentiles" by the Jewish CEO of The Disney Corporation acting for unlawful religious and racial supremacy in violation of American laws.

The common law on which American jurisprudence is based, prohibits the solicitation, disclosure, publication, or broadcast of private facts about persons which have no general interest to the public. All states must comply with common law standards prohibiting publication of private facts, whether they have statutory laws on privacy or not. Invasion of privacy under First Amendment laws are defined as 'torts" and criminally and civilly liable for any damage caused by deliberate disclosure, exploitation, or damage caused by publication of private facts.

The principals in this case are charged with the deliberate and unlawful attempt to defame, degrade, and disenfranchise an American from equal protection of the laws by publication and broadcast of stolen matter in violation of the First Amendment in the following manner.

"False Personification" of real persons without contract or permission for the purpose of extorting private facts damaging to profession, income, trade, or reputation of Anne Hiltner, Peter Morch and Eric Schmidt, of Danish or German background.

"Misappropriation of Name, Image, or Likeness" for commercial or deceptive advertising and endorsements which is unlawful in New Jersey, New York, and California where the laws require permission, contract, and compensation for any display, broadcast, reference, or depiction of known individuals for advertising purposes.

"False Light" depictions of real persons in situations or occupations tending to induce public contempt in any publication or production, or which cast a professional person into disrepute by associations with superstition, astrology, psychics, or star gazers and thereby create a public image of a medically, scientifically, professionally incompetent person.

"Libel" tending to degrade the profession, occupation, trade, or income of any person by bias, profanity, or derogatory depictions, where any person is depicted at length and through widespread global distribution in a fifteen part mini series about a bizarre hospital as a freak, a dead child, a voice from the dead, or mentally disturbed.

"Disclosure of Private Facts" obtained by illicit means of hearsay, wiretapping, database, or intelligence methods divulged for the purpose of causing severe harm to the occupational, social, financial, or personal rights of any person, when such private facts have no legitimate interest to the public and constituting an organized conspiracy to steal, pirate, and infringe private property.

"Fraudulent Copyright Notice" (17USC 502) which purports to publish an "original literary work" which is derived from a copyrighted work of another and for which no contract, payment, or attribution is made in a copyright notice of a large publisher or producer.

The principals in this case have conspired to steal, pirate, and criminally infringe the private diary of a freelance writer in New Jersey by obtaining illegal access to private papers prohibited by the 4th Amendment's unreasonable search and seizure clause in order to exploit and capitalize on private matter which is legally copyrighted by the plaintiff when "fixed" in a written form. Stephen King and the Disney Corporation have deliberately fabricated a horror novel designed to portray the plaintiff as a "psychic Sally Druse" who is narrating a story written in her diary in order to invade the privacy and criminally infringe the copyrighted work of the plaintiff as an Amazon review makes clear.

"Sudden death and unexplained natural events, together in a hospital mystery that focuses on the paranormal in Lewiston, Maine. Stephen King has created a fictional heroine who acts as both author and narrator. Druse investigates sightings, incorporeal beings, and works with doctors who try to solve the mystery of her ability to communicate with the dead. An unnamed narrator reads Druse's first-person story competently and fluently as she describes her personal involvement with the local hospital. An introductory letter to Stephen King creates the tie-in, encouraging readers to await the next installment of her adventures." (MBK. Portland, Maine)

The plaintiff charges that the fabrication of this horror novel on *The Kingdom Hospital Incident* and its publication, production, and broadcast by ABC Television between January and June 2004 caused the plaintiff severe and unreasonable injury as a freelance writer, for which a temporary and permanent injunction is sought prohibiting any further distribution of this work in any form and forfeit of all currently distributed productions or works; and compensation of $500 millions for deliberate attempt to exploit an American citizen of private property, associations, and protections under public law for unwarranted prejudices of the principals.

## Unlawful Corporate Monopoly

The plaintiff submits that it is an unlawful restraint of trade under the United States Commerce laws (Monopolies in Restraint of Trade 15USC 1) to deny a registered trade writer publication of or reward from copyrighted work by any corporation, or combinations of corporations to control publishing, production, manufacturing, pricing, and broadcast units. The Sherman Anti-Trust Act of 1890 prohibits any "corporate, combinations, conspiracies, trusts, and

monopolies" which deny any person or business the right to fair competition in the marketplace. The US Commerce and Trade laws provides that a "trust" or a "contract or combination in the form of a trust or conspiracy in restraint of trade or commerce among the several States, or with foreign nations, is illegal" and punishable by a $10 million fine or three years imprisonment.

The plaintiff contends that the Disney Corporation was founded in 1923 by Walt Disney to make "wholesome entertainment" in animated films, and has sought to capitalize on the reputation of its founder since his death in order to acquire funds from duplicity, fraud, and combinations in television and film. The Disney Corporation contracted with Leonard Goldenson of ABC Television in 1952 to make a weekly TV series, and has since expanded inexorably into entertainment fields where it seeks to profiteer from the Disney name while producing biased, unlawful, and stolen works through a corporation deliberately excluding others from production, distribution, or broadcast of better quality films and television programs .

The expansion of the Disney Corporation through combinations with ABC Television has created an unlawful monopoly over entertainment sectors. Today, it boasts of four major units which include: film production and records; television; consumer products; and theme parks and resorts. It averages approximately $1 billion in net proceeds from the production, distribution, and broadcast of films and television productions per year, offers "incentive programs" to its executives for "maximizing profits" and states that its "earnings and operating income" for 2004 grew 69% over 2003. Between 1997 and 2002 it made capital investments of $ 11 billion in production companies, and currently has more than $1 million invested in theme parks in Europe and Hong Kong, donating $140 million to Disneyland for "charity."

A corporation which seeks to acquire profits or funds from the extortion of slave labor, fails to provide contracts or payment for material produced as film or television program from a registered trade writer, knowingly violates the civil rights laws of American in selective discrimination against certain persons or groups, and produces or broadcasts unlawfully copyrighted work for the sole purpose of degrading the profession, occupation, trade, national background, religion, gender, or handicap of any person in America is violating the federal anti-trust, civil rights, and monopoly in restraint of trade laws. A corporation which seeks to make an illegal "deal" behind closed doors without public contract to publish, produce, and broadcast a work fabricated solely to deprive selected individuals of property, financial, and economic rights is making a combination or conspiracy against persons in violation of fair competition and a free marketplace in America. When such a conspiracy is based on the premise that a corporation may make special "deals" with Jewish producers to defame, degrade, or disenfranchise an American citizen because of Jewish indoctrination of hate for extortion of "gentiles", such conspiracy is a violation of public health and welfare laws (42 USC 1985) as well.

The purchase of ABC Television by The Disney Corporation represents an unlawful monopoly over free, fair, and public speech in the United States, barred by the First Amendment and the Communications Act of `1934 which requires

that all broadcasters operate for the "necessity, convenience, and public interest" of the nation. A corporation which seeks to produce mass entertainment films and television programs which purchases or forcibly takes over a broadcast corporation and thereby controls internally the production, distribution, and broadcasting of films and television movies without public bidding, public regulation, or public remediation of bias, offensive matter, or illegal acts is creating an unlawful corporate monopoly by ownership or direction of a network television station, one of only five in the United States, and effectively barring almost all other persons and groups from expression, trade, or speech on television.

ABC Television, is the result of a monopoly decision of the FCC in 1938, separating it from NBC. It was sold to Edward J Nobel, manufacturer of Lifesavers, in 1941 for $8 million. In 1951 it was purchased for $25 million by Leonard Goldenson, a Harvard Law graduate. ABC lent $15 million to Walt Disney in 1954 for development of Disneyland and purchased "rights" to a weekly children's program over seven years for $35 million. In 1975 ABC profits were $29 million; in 1976 $84 million; in 1977 $165 million, and in 2004 $1.5 billion. The Disney Corporation purchased ABC Television in 1995 for $19 billion, starting a wave of corporate purchases which included Westinghouse and Viacom purchase of CBS, GE's purchase of NBC, and Time Warner's purchase of CNN. ABC produces the majority of its broadcast productions through "guilds" in California. ABC's share of gross revenues from a fifteen part mini series by Stephen King called *The Kingdom Hospital Incident* is approximately $100 million.

The plaintiff contends that under the management of CEO Michael Eisner, the Disney Corporation has sought to steal and monopolize copyrighted work of the plaintiff for unlawful proceeds for which full compensation of $500 million, forfeiture of offending works, and a temporary and permanent injunction against any further broadcast or distribution is requested. It is unlawful in the United States to seek profit from unpaid labor, steal copyrighted material to convert into fabricated and infringing publications, or to fail to ensure equal protection in all contract matters. The Disney Corporation's interest in enhancing its profits by failing to pay for overhead, material, union wages, copyrighted works, broadcast fines, and other fundamentals of business makes it an unlawful corporation in America, one attempting to feed on the abilities or better person without adequate and enforced regard for equal rights of all persons in the US.

## Compliance with American Laws

The plaintiff contends that this pattern of exploitation, extortion, and expropriation of an American by The Disney Corporation is the result of unlawful application of Jewish tenets advocating hatred and extortion of "gentiles" who are defined as "inhuman," "bestial," and "unworthy of regard" by the Jewish Talmud. Plaintiff submits that this scheme to publish a work of fiction depicting a real figure whose private life can be exploited by illicit invasion of privacy by a media corporation is unconstitutional in the United States which prohibits "slavery and involuntary servitude" under the 13th Amendment and bars discrimination or

deprival of equal treatment in all facets of American life on the grounds of race, creed, religion, gender, or handicap.

The plaintiff submits that such a scheme to target an individual for extortion of private facts, property, or copyright by any corporation is a violation of the 14th Amendment's equal rights clause, and further violates the anti trust laws which prohibit the erection of any monopoly designed to disenfranchise persons or groups or to control market share without fair competition in the free marketplace, that it is unlawful in the United States, and that any religious sect which seeks to conspire to deprive an American citizen of the rewards of property, citizenship, or copyright because of extreme and undue prejudice against "gentiles" or other groups is unlawful, not in compliance with American laws, and requires judicial enforcement of American laws.

Religious liberty in the United States is not unrestricted. All religious sects in the United States must comply with federal and state laws, and those that advocate unconstitutional or illegal acts such as slave trafficking, extortion, or disenfranchisement of persons or groups are not permitted to operate freely in the exercise of a religion in the United States. The US Constitution does not make special privileges for the Jewish faith, support or permit tolerance of Jewish tenets promoting the extortion of private property for unreasonable prejudice against persons, or permit the disenfranchisement of any person for the financial, religious, political, or other perceived gain of a religious sect or group.

Plaintiff seeks a Temporary and Permanent Injuction against the principals barring any further distribution of Stephen King's *The Kingdom Hospital Incident*, forfeiture of all publications or productions within a period of ninety days, and compensation for irreparable harm to a literary author of $500 million. Such Injunction is also requested for prohibition of any future works by the principals seeking to exploit, extort, or expropriate private facts, events, or property for any publication or production intended to denigrate, disenfranchise, or segregate the plaintiff from the full rights of citizenship in America.

Anne Hiltner

May 25, 2005

ANNE HILTNER
Unit 3
23 Old Millstone Dr.
East Windsor, NJ 08520

U.S. POSTAGE
PAID
HIGHTSTOWN,NJ
08520
MAY 31, 05
AMOUNT
$1.06
00047642-12

UNITED STATES POSTAL SERVICE

9261

08608

FIRST CLASS

Clerk of the Court
US District Courthouse
402 East State Street
Trenton, NJ ~~08680~~ 08608

AO240 (Rev. 1/94)

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Anne Hiltner
Plaintiff
The Disney Corporation
V.

Defendant

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER:

I, Anne Hiltner, declare that I am the (check appropriate box)
☐ Petitioner/plaintiff/movant ☐ Other

In the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefore, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefore; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☑ No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration ____________

   Are you employed at the institution? ______ Do you receive any payment from the Institution? ______

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at lest the past six months' transactions.

2. Are you presently employed? ☐ Yes ☑ No

   a. If the answer is "yes," state the amount of your take home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "no," state the date of last employment and the amount of your take home salary or wages and pay period and the name and address of your last employer.
   Electronic Surveillance, June, 1987 - present, US, Appropriating Property,

3. In the past 12 months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other of self-employment | ☐ Yes | ☑ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
| e | Gifts or inheritances | ☐ Yes | ☑ No |
| f. | Any other sources | ☐ Yes | ☑ No |

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (1/94)

4. Do you have any cash or checking or savings account? ☐ Yes ☑ No

If "Yes" state the total amount ______________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☑ No

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Severed from All Associations in 1987 by US for communication ex Postfacto

I declare under penalty of perjury that the above information is true and correct.

May 28, 2005
DATE

[signature]
SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $______________ on account to his/her credit at (name of institution) ______________.

I further certify that the applicant has the following securities to his/her credit ______________. I further certify that the past six months the applicant's average balance was ______________.

______________
DATE

______________
SIGNATURE OF AUTHORIZED OFFICER